# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129364

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                SC: 129364
                                COA: 259315
                                Jackson CC: 04-000365-FH

DENNIS WAYNE KURTS,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the judgment of the Court of Appeals is considered, and it is GRANTED.

The Clerk of the Court is directed to place this case on the January 2006 session calendar for argument and submission. Appellant's brief and appendix must be filed no later than November 30, 2005, and appellee's brief and appendix, if appellee chooses to submit an appendix, must be filed no later than December 28, 2005.

We further ORDER that this case be argued and submitted to the Court together with the case of *People v Derror* (Docket No. 129269).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

d1012

_____
Clerk